ANNA R. BOLLING, Respondent, *v.* NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant.

Argued January 9, 1939; decided February 21, 1939.

*Abraham J. Goldberg* for appellant.

*Robert M. McCormick* and *Andrew Eckel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.